Decided September 14, 1994

HIGH STREET ASSOCIATES *v.* WILLIAM J. ZISK

The defendant's petition for certification for appeal from the Appellate Court, 34 Conn. App. 922 (AC 12482), is denied.

*William J. Zisk,* pro se, in support of the petition.

*Joseph E. Milardo, Jr.,* in opposition.